UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

-----------------------------------------------------

Possis Medical, Inc.,

Plaintiff,

vs.

Horizon Medical Products, Inc.,

Defendant.

-----------------------------------------------------

Civil No. 00-2715 RHK/JMM

**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO AMENDED COMPLAINT**

**STIPULATION**

The parties, by and through their undersigned counsel, hereby stipulate and agree that defendant may and shall have until January 23, 2001, to answer, move or otherwise plead in response to plaintiff's Amended Complaint in the above-captioned action.

SO AGREED.

DATED: January 8th, 2001

MANSFIELD, TANICK & COHEN, P.A.

By /s/ Richard J. Fuller

Seymour J. Mansfield (#67271)
Richard J. Fuller (#32669)
V. John Ella (#249282)
1560 International Centre
900 Second Avenue South
Minneapolis, MN 55402
Telephone: (612) 339-4295

Attorneys for Plaintiff
Possis Medical, Inc.

JAN 11 2001
CLERK

DATED: January 8, 2001

FAEGRE & BENSON LLP

By Deborah A. Ellingboe

John Edward Connelly (#237656)
Deborah A. Ellingboe (#26216X)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 336-3000

Attorneys for Defendant
Horizon Medical Products, Inc.

**ORDER**

IT IS SO ORDERED.

DATED: 1/11, 2001

JOHN M. MASON
United States Magistrate Judge

M2:20358591.01