UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

POSSIS MEDICAL, INC.,
a Minnesota corporation,

Plaintiff,

v.

HORIZON MEDICAL PRODUCTS, INC.,
a Georgia corporation,

Defendant.

CASE NUMBER: 00-2715 RHK/JMM

**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COUNTERCLAIM**

The parties, by and through their undersigned counsel, hereby stipulate and agree that plaintiff may and shall have until March 8, 2001, to reply to defendant's Counterclaim in the above-captioned action.

SO AGREED.

Dated: February 12th, 2001.

**MANSFIELD, TANICK & COHEN, P.A.**

By: [signature]

Seymour J. Mansfield (67271)
Richard J. Fuller (32669)
V. John Ella (249282)
1560 International Centre
900 Second Avenue South
Minneapolis, MN 55402-3383
(612) 339-4295

**ATTORNEYS FOR PLAINTIFF**

FEB 20 2001

Dated: February 13, 2001.

**FAEGRE & BENSON LLP**

By ______________________
John Edward Connelly (#237656)
Deborah A. Ellingboe (#26216X)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone (612) 336-3000

**ATTORNEYS FOR DEFENDANT**
**HORIZON MEDICAL PRODUCTS, INC.**

**ORDER**

IT IS SO ORDERED.

Dated: 2/20, 2001.

______________________
JOHN M. MASON
United States Magistrate Judge

258766.1