UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

POSSIS MEDICAL, INC., CIVIL NO. 00-2715 (RHK/JMM)

Plaintiff,

v. ORDER

HORIZON MEDICAL PRODUCTS, INC.,

Defendant.

The above matter came on for hearing before the undersigned on April 2, 2001 upon Plaintiff's Motion to Amend Complaint [Docket No. 13]. V. John Ella, Esq. appeared on behalf of Plaintiff; John Connelly, Esq. appeared on behalf of Defendant.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Plaintiff's Motion to Amend Complaint [Docket No. 13] is denied without prejudice to Plaintiff's ability to bring a separate action asserting the claims it seeks to add to the Complaint in the instant action.

Dated: April 2, 2001

JOHN M. MASON
United States Magistrate Judge

**MEMORANDUM**

Plaintiff's Motion to Amend is, in a practical sense, more like a motion to consolidate two separate actions. If Plaintiff chooses to bring the new claims in a new case, the Court will be able to make a more reasoned decision as to whether consolidation would be appropriate.

JMM

FILED APR 0 2 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK