**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

POSSIS MEDICAL INC.,
Plaintiff,

vs.

HORIZON MEDICAL PRODUCTS INC. ETAL
Defendant.

CV 00-2715 RHK/JMM

--------------------------------

**ORDER FOR REASSIGNMENT OF RELATED CASES**

POSSIS MEDICAL INC.,
Plaintiff,

vs.

HORIZON MEDICAL PRODUCTS INC.,
Defendant.

Cv 01-641 DSD / SRN

Case No.00-2715 having been assigned to Judge Richard H. Kyle and Case No. 01-641 having later been assigned to Judge David S. Doty, said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 01-641 be assigned to Judge Richard H. Kyle , nunc pro tunc, by use of a card on the Master List of the automated case assignment system,and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order dated November 9, 2000.

**IT IS FINALLY ORDERED** that a copy of this order shall be placed in each of the above respective files.

Dated: April 19, 2001

RICHARD H.KYLE,Judge
United States District Court

Dated: April 25, 2001

DAVID S. DOTY,Judge
United States District Court

FILED APR 26 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pursuant to an Order for Reassignment of Related Cases, this case is reassigned to Judge Richard H. Kyle and Magistrate Judge John M. Mason.

NEW CASE NUMBER CIVIL 01-641 RHK/JMM

Use this case number for all further filings.